1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HAMILTON ASSOCIATES FLP, | ) | Case No.: C 08-05763 PVT |
| Plaintiff, | ) | |
| v. | ) | **ORDER REFERRING CASE TO DISTRICT JUDGE RONALD M. WHYTE FOR RELATED CASE CONSIDERATION** |
| CONOCOPHILLIPS COMPANY, | ) | |
| Defendant. | ) | |

It has come to the court's attention that the above-captioned action may be related to an action currently pending in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

This case is HEREBY REFERRED to District Judge Ronald M. Whyte with a request that he consider whether the following action is related:

*Damar Petroleum, Inc. v. Conocophillips Company,* Case No. 08-5436 RMW (HRL).

Dated: *March 3, 2009*

Patricia V. Trumbull
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28