1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: afriedenberg@glynnfinley.com
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant                          *E-FILED - 4/14/09*
7  ConocoPhillips Company

8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

12  HAMILTON ASSOCIATES FLP,            )   Case No. 5:08-cv-05763-~~PVT~~ RMW
                                        )
13                  Plaintiff,          )   **ORDER RE STIPULATION TO STAY**
                                        )   **THE ACTION PENDING**
14          vs.                         )   **DETERMINATION OF THE JUDICIAL**
                                        )   **PANEL ON MULTIDISTRICT**
15  CONOCOPHILLIPS COMPANY, a Texas     )   **LITIGATION**
    corporation and DOES 1 through 10,  )
16  Inclusive,                          )
                                        )
17                  Defendants.         )
                                        )
18

19      FOR GOOD CAUSE SHOWN, THE COURT ORDERS that this matter is stayed for 90

20  days pending determination of ConocoPhillips Company's ("COP") 28 U.S.C. § 1407 motion by

21  the Judicial Panel on Multidistrict Litigation, including COP's deadline to respond to the

22  complaint and any case management conferences and other dates set by the Court.  Should the

23  Panel not decide COP's motion within 90 days, COP will report further to the Court so that it

24  may revisit whether a further stay would be appropriate.

25      April
26  Dated: ~~February~~ 14, 2009

                                            *Ronald M. Whyte*
27                                          _____
                                            District Court Judge
28

- 1 -
ORDER RE STIPULATION TO STAY THE ACTION PENDING PANEL DETERMINATION